**Kenneth WROBLESKI, Petitioner–Appellant,**

v.

**George GUIRBINO, Warden; et al., Respondents–Appellees.**

No. 03–57213.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2004.*

Decided Oct. 22, 2004.

Kenneth Wrobleski, Imperial, CA, pro se.

Attorney General, Office of the California Attorney General, San Diego, CA, for Respondents–Appellees.  D.C. No. CV–03–01113–JNK.

Before: KLEINFELD, TASHIMA and GOULD, Circuit Judges.

MEMORANDUM **

Kenneth Wrobleski appeals the district court's denial of his 28 U.S.C. § 2254 petition.  We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Wrobleski contends that his 27–years–to–life sentence for petty theft with a prior violates the Eighth Amendment's prohibition on cruel and unusual punishment.

---

* This panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

His claim is foreclosed by *Lockyer v. Andrade,* 538 U.S. 63, 123 S.Ct. 1166, 1172–75, 155 L.Ed.2d 144 (2003) (holding that a California state court's affirmance of two consecutive 25–years–to–life sentences for petty theft was not contrary to or an unreasonable application of federal law), and *Ewing v. California,* 538 U.S. 11, 123 S.Ct. 1179, 1185–90, 155 L.Ed.2d 108 (2003) (holding that a 25–years–to–life sentence under California's three strikes law did not violate the Eighth Amendment's prohibition on cruel and unusual punishment).

AFFIRMED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

